# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Jaroslava Neilova

                    Plaintiff,

v.

                                                         Case No.: 1:25–cv–14630

Kristi Noem                                            Honorable Sara L. Ellis

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 15, 2025:

      MINUTE entry before the Honorable Sara L. Ellis: In court hearing held on 12/15/2025. For the reasons stated on the record, the petition for writ of habeas corpus [1] and motion for temporary restraining order and preliminary injunction [4] are denied. A written order to issue. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.